UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOSLAR, et al.,

                        Plaintiffs,

        -against-

TWO BROTHERS HARDSCAPE
HOME IMPROVEMENT, et al.,
                      Defendants.
-----------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2013
```

13 civ 1320 (JGK)

## ORDER

A pre-motion conference in this matter is scheduled for **Thursday, May 23, 2013 at 2:30pm.**

**SO ORDERED.**

                                            JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 16, 2013

17