```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHETT GOSLAR, ET AL.,

                Plaintiffs,       13 Civ. 1320 (JGK)

    - against -                   ORDER

TWO BROTHERS HARDSCAPE HOME
IMPROVEMENT, INC., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the plaintiffs may file an amended complaint by **June 21, 2013**. The plaintiffs do not expect to ask for another opportunity to file a further amended complaint. The defendants shall move or answer the amended complaint by **July 12, 2013**. If the defendants file a motion to dismiss, the plaintiffs' opposition is due by **July 29, 2013**. The defendants' shall file a reply by **August 9, 2013**.

SO ORDERED.

Dated:    New York, New York
          May 23, 2013

                                              _____
                                                 John G. Koeltl
                                           United States District Judge