The Harman Firm, PC   From: The Harman Firm, PC

# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

June 19, 2013



**VIA FACSIMILE (212) 805-7912**
Hon. John G. Koeltl
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *Goslar et al v. Two Brothers Hardscape Home Improvement, et al.,*
            **13 CV 1320 (JGK)**

Dear Judge Koeltl:

    We represent the Plaintiffs in the above-referenced action.  We write to the Court in order to kindly request a one-week extension of the deadline to file our Amended Complaint.  Currently the Amended Complaint is due this Friday, June 21, 2013; Plaintiffs respectfully request that the deadline be moved to next Friday, June 28, 2013.

    Defendants consent to this request.

    We thank the Court for its time and attention to this matter.

                    Respectfully submitted,
                    THE HARMAN FIRM, PC


                    s/
                    Peter J. Andrews [PA-3295]


cc:    Joseph M. Labuda, Esq. (via email, joelabuda@mhlaborlaw.com)
       Matthew A. Brown, Esq. (via email, matt@mllaborlaw.com)
       Walker G. Harman, Jr. (via email, wharman@theharmanfirm.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _6/20/13_

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

6/20/13