# THE HARMAN FIRM, PC

### ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

November 5, 2013

**VIA ECF**
Hon. John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***Goslar v. Two Bros. Hardscape Home Improvement,***
            **13 CV 1320 (JGK)(DCF)**

Dear Judge Koeltl:

      We represent the Plaintiffs in this wage-and-hour litigation arising out of the Fair Labor Standards Act and the New York Labor Law.

      The Parties have been unable to settle.  We therefore respectfully request that the Court issue a scheduling order to allow discovery to commence.

      We thank the Court for its time and attention.

               Respectfully submitted,
               THE HARMAN FIRM, PC


               _____
                   s/
               Walker G. Harman, Jr.


cc:    Joseph M. Labuda, Esq. (via ECF)
       Matthew A. Brown, Esq. (via ECF)
       Peter J. Andrews, Esq. (via ECF)