UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RHETT GOSLAR,

                    Plaintiff(s),

      -against-

TWO BROTHERS HARDSCAPE
HOME IMPROVEMENT,
                    Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

13 civ 1320 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Friday, November 15, 2013** in Courtroom 12B, at 3:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                     Don Fletcher
                                      Courtroom Case Manager

Dated: New York, New York
         November 7, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2013