**MILMAN LABUDA LAW GROUP PLLC**
3000 Marcus Avenue
Suite 3W8
Lake Success, New York  11042

---

Telephone (516) 328-8899
Facsimile (516) 328-0082

November 13, 2013

<u>Via ECF</u>

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 12B
New York, NY 10007-1312

      Re: **Goslar et al. v. Two Brothers Hardscape Home Improvement, Inc. et al.
Docket No. 13-cv-1320
<u>MLLG File No. 45-2013</u>**

Dear Judge Koeltl:

      This firm represents the Defendants in the above-referenced matter. Defendants' respectfully request that the conference set for November 15, 2013 at 3:30 p.m. be held telephonically, or in the alternative that the conference is adjourned. Defendants counsel will be in the final stages of trial preparation at that time for a trial commencing during the week of November 18, 2013. There have been no previous requests for an adjournment. Despite requesting Plaintiffs' consent to the adjournment on two (2) separate occasions earlier this week, this office has not received a response as to Plaintiffs' position.

      Respectfully submitted,

      MILMAN LABUDA LAW GROUP PLLC

      <u>/s/ Joseph M. Labuda</u>

cc:    Walker G. Harman, Jr. Esq. (via ECF)
       client (via e-mail)