USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2014

Caproni, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Rhett Goslar, *et al.*,

    Plaintiffs,

v.

Two Brothers Hardscape Home Improvement, Inc., *et al.*,

    Defendants.
------------------------------------------------------------X

13 Civ. 1320 (VEC)

**STIPULATION OF**
**<u>VOLUNTARY DISMISSAL</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties hereby issue notice that all claims in the above-captioned action are voluntarily dismissed with prejudice.

Dated: New York, New York
May 13, 2014

THE HARMAN FIRM, PC
*Counsel for Plaintiffs*

_____
Walker G. Harman, Jr. [WH-8044]
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com

MILMAN LABUDA LAW GROUP, PLLC
*Counsel for Defendants*

_____
Joseph M. Labuda, Esq.
Matthew Alexander Brown, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899
joelabuda@mhlaborlaw.com
matt@mllaborlaw.com

SO ORDERED.

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 5/15/2014